FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARRIE BRENNAN,<br><br>                Plaintiff,<br><br>  v.<br><br>GROCERY OUTLET, INC., a California corporation; BLUE RIVER SEAFOOD, INC., d/b/a Pucci Foods, Inc., d/b/a Western Pride; and UNKNOWN CORPORATION,<br><br>                Defendants. | NO:  4:20-CV-5199-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion for Dismissal with Prejudice, ECF No. 7.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Dismissal with Prejudice **ECF No. 7**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter a judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** December 1, 2020.

                      *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                      United States District Judge